ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                      )
                                                 )
Vose Technical Systems, Inc.                     )    ASBCA Nos. 62244, 62869
                                                 )
Under Contract No. H92222-16-G-0011              )

APPEARANCES FOR THE APPELLANT:        Abram J. Pafford, Esq.
                                        McGuireWoods LLP
                                        Washington, DC

                                      Craig R. Haughton, Esq
                                        McGuireWoods LLP
                                        New York, NY

                                      Robert M. Crowley, Esq.
                                        Morrigan Law & Consulting PLLC
                                        Redmond, WA

APPEARANCES FOR THE GOVERNMENT:       Caryl A. Potter, III, Esq.
                                        Air Force Deputy Chief Trial Attorney
                                      Michael J. Farr, Esq.
                                        Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,890,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: September 24, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur



OWEN C. WILSON                              LAURA EYESTER
Administrative Judge                        Administrative Judge
Vice Chairman                               Armed Services Board
Armed Services Board                        of Contract Appeals
of Contract Appeals


      I certify that the foregoing is a true copy of the Opinion and Decision of the Armed
Services Board of Contract Appeals in ASBCA Nos. 62244, 62869, Appeals of Vose
Technical Systems, Inc., rendered in conformance with the Board's Charter.


      Dated:  September 24, 2025



PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals